NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J. PATRICK BUCKLEY,                    )
                                       )
           Appellant,                  )
                                       )
v.                                     )        Case No. 2D17-3960
                                       )
STATE OF FLORIDA,                      )
                                       )
           Appellee.                   )
_____)


Opinion filed February 8, 2019.

Appeal from the Circuit Court for Lee
County; Ramiro Mañalich, Judge.

Jason T. Forman of Law Offices of
Jason T. Forman, P.A., Fort Lauderdale,
for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Katherine Coombs
Cline, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


           Affirmed.


NORTHCUTT, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.